UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. CHARLES TOWER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:10-cv-01551-AGF |
| | ) | |
| CITY OF CRESTWOOD, MISSOURI and CITY OF CRESTWOOD BOARD OF ZONING ADJUSTMENT | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff St. Charles Tower, Inc. and Defendants City of Crestwood, Missouri and City of Crestwood Board of Zoning Adjustment hereby stipulate to the dismissal without prejudice of the pending claims against Defendants.  Each party shall bear its own attorneys' fees and costs.


SO ORDERED


_____             _____
Dated

        Respectfully submitted,

        BRYAN CAVE LLP

By:  /s/ Eric D. Martin
        Eric D. Martin, #47558MO
        211 North Broadway, Suite 3600
        St. Louis, Missouri 63102
        Telephone: (314) 259-2324
        Facsimile: (314) 552-8324
        eric.martin@bryancave.com

        Craig S. Biesterfeld, ED MO #2630
        Michael J. Tolles, ED MO #5248059
        Husch Blackwell Sanders, LLP
        190 Carondelet Plaza, Suite 600
        St. Louis, Missouri 63105
        Telephone:  (314) 480-1500
        Facsimile:  (314) 480-1505
        craig.biesterfeld@huschblackwell.com
        mike.tolles@huschblackwell.com

        *Attorneys for Plaintiff St. Charles Tower, Inc.*


        LEWIS RICE FINGERSH

By:  /s/ Robert J. Golterman
        Robert J. Golterman, #3244
        David W. Gearhart, #102100
        Jayme E. Major, #5230262
        600 Washington Avenue, Suite 2500
        St. Louis, Missouri 63101
        Telephone: (314) 444-7661
        Facsimile: (314) 612-7661
        E-mail: rgolterman@lewisrice.com
        E-mail: dgearhart@lewisrice.com
        E-mail: jmajor@lewisrice.com

        *Attorneys for Defendant City of Crestwood and Crestwood Board of Zoning Adjustment*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing document was served on this 23rd day of November, 2010 via the court's electronic filing system upon the following:

Robert J. Golterman
David W. Gearhart, #102100
Jayme E. Major
Lewis Rice Fingersh
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101


                  /s/ Eric D. Martin